Law Offices of
## Getz & Braverman, P.C.
172 East 161st Street
Bronx, New York 10451

Karen Braverman  
Michael I. Braverman

Telephone: (718) 993-3000  
Fax: (718) 402-5183  
Getzandbraverman@aol.com

---

Howard I. Getz - Retired

May 24, 2022

BY ECF  
Honorable Paul A. Crotty  
United States District Judge  
Southern District of New  
York 500 Pearl Street  
New York, New York 10007

    Re: <u>Gary Griffin v. New York City Health and Hospitals Corporation, et al</u>.  
          Docket No.: 21 Civ. 8247

Dear Judge Crotty,

    In furtherance of our May 16, 2022 request for an adjournment of the pre-motion conference, counsel have conferred and the following are mutually convenient dates for the parties to appear: June 22nd, 24th or the 29th.

    If any additional information is needed, please do not hesitate to contact the undersigned.

Very truly yours,

*/s/ Michael I. Braverman*  
MICHAEL I. BRAVERMAN

5/24/2022  
A remote conference will proceed on June 29, 2022 at 3:30PM. SO ORDERED.

*/s/ Paul A. Crotty*