Law Offices of
# Getz & Braverman, P.C.
172 East 161st Street
Bronx, New York 10451

Michael I. Braverman  
Karen Braverman

Telephone: (718) 993-3000  
Fax: (718) 402-5183  
getzandbraverman@aol.com

---

Howard I. Getz – Retired

April 18, 2024

BY ECF  
**Hon. Denise L. Cote**  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

      Re: <u>Gary Griffin v. New York City Health and Hospitals Corporation, et al</u>.  
         Docket No.: 21 Civ. 8247

Dear Judge Cote:

  Yesterday we were notified by the Court of an initial pre-trial conference in the above matter, scheduled for April 24, 2024.

  We write to ask that this matter be adjourned to either April 26, 2024 or May 3, 2024. On the 24th, I have a full calendar of matters that have been previously scheduled. As such, I would be unable to appear.

  I have spoken to defense counsel, who consents to this adjournment. Additionally, these dates are also amenable to the defense.

  If any additional information is needed, please do not hesitate to contact the undersigned.

Very truly yours,

MICHAEL I. BRAVERMAN

*[Handwritten note: The conference is adjourned to May 7 at 11:00 a.m. /s/ Denise Cote 4/18/24]*