

| | THE CITY OF NEW YORK | |
|---|---|---|
| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | KELLYANNE HOLOHAN<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2249<br>Fax: (212) 356-3509<br>Email: kholohan@law.nyc.gov |

May 10, 2024

**BY ECF**
Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Gary Griffin v. City of New York, et al.*,
              21-CV-8247 (PAC) (BCM)

Your Honor:

      I am the attorney in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York ("City"). The City writes to respectfully request that Your Honor adjourn the Initial Conference currently scheduled for May 17, 2024 at 11:30 am until a date convenient to the Court. This is defendant City's first request for an adjournment. Counsel for co-defendants, Advi Halevi, Esq., and counsel for plaintiff, Michael Braverman, Esq., consent to this request.

      By way of background, plaintiff alleges that, on December 15, 2018, he was at the Jacobi Medical Center Emergency Room and was physically restrained by members of hospital staff, including hospital police, as well as unidentified NYPD police officers. Plaintiff further claims that he was forced to undergo unwanted medical treatment including an x-ray examination and injection of medication, and was prevented from leaving the hospital. Plaintiff brings federal claims for excessive force, unreasonable seizure, a *Monell* claim, and various related state law claims against all defendants. *See* Civil Docket Entry No. 65. On April 17, 2024 the Court scheduled an Initial Pretrial Conference for April 24, 2024. *See* Civil Docket Entry No. 80. On April 25, 2024 that conference was adjourned, on motion of counsel, to May 17, 2024. *See* Civil Docket Entry No. 83.

The initial adjournment is requested because the undersigned has another conference scheduled in the matter of *Williams v. City et al.*, 23-CV-1679 (DLC scheduled for 11:00 am. The parties have confirmed and, upon information and belief, are available June 6, 2024 and June 20, 2024.

Accordingly, defendant City respectfully requests, with counsel's consent, that the Court adjourn the Initial Conference currently scheduled for May 17, 2024 at 11:30 am, preferably to June 6, 2024 or June 20, 2024.

Thank you for your consideration of this request.

Respectfully submitted,

*KellyAnne Holohan* /s/

KellyAnne Holohan
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:  **BY ECF**
     *All counsel of record*