UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY GRIFFIN,

        Plaintiff,

-against-

JACOBI MEDICAL CENTER, et al.

        Defendants.

21-CV-08247 (DLC) (BCM)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2024

**BARBARA MOSES, United States Magistrate Judge.**

The settlement conference scheduled for July 18, 2024, is hereby ADJOURNED to **August 28, 2024**, at **2:15 p.m.** The parties shall submit their Confidential Settlement Letters and Acknowledgment Forms (*see* Dkt. 88 ¶¶ 3, 4) no later than **August 21, 2024**.

Dated: New York, New York
       June 26, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**