```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/22/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY GRIFFIN,

        Plaintiff,

-against-

JACOBI MEDICAL CENTER, et al.

        Defendants.

21-CV-08247 (DLC) (BCM)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The settlement conference scheduled for August 28, 2024, is hereby ADJOURNED to **October 22, 2024**, at **2:15 p.m.** The parties shall submit their Confidential Settlement Letters and Acknowledgment Forms (*see* Dkt. 88 ¶¶ 3, 4) no later than **October 15, 2024**.

    The parties are reminded that the District Judge referred this case to Judge Moses for settlement only. The parties must make any request for an extension of the fact discovery deadline to the District Judge.

Dated: New York, New York
       August 22, 2024            **SO ORDERED.**

                                                      _____

                                                    **BARBARA MOSES**
                                                    **United States Magistrate Judge**