USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/3/2024__

# MEMO ENDORSED

**kbr**
KAUFMAN BORGEEST & RYAN LLP

875 THIRD AVENUE, NEW YORK, NY 10022
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

December 2, 2024

**BY ECF**
Honorable Barbara M. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Gary Griffin v. City of New York, et al.*,
21-CV-8247 (DLC) (BCM)

Your Honor:

Our office represents defendants Jacqueline Mahal, MD, Darnell A. Cain, MD, Charles Ofori-Ampomah, RN, Jermine Ricketts, RN, and Styve Pamphile, MD in the above-referenced matter. I write on behalf of the parties to respectfully and jointly request that the Court cancel the settlement conference currently scheduled for December 10, 2024. *See* Civil Docket Entry No. 95.

Pursuant to Your Honor's October 21, 2024 order, the parties engaged in a good-faith settlement discussion earlier today. *Id*. The parties engaged in a broad, productive, and respectful discussion during which it became clear that settlement is not possible at this time as multiple issues must, in fact, be litigated before any resolution.

As such, the parties jointly and respectfully request that the Court cancel the settlement conference currently scheduled for December 10, 2024. We thank the Court for its consideration.

Respectfully submitted,

Adi Halevi, Esq.

cc: **BY ECF**
*All counsel of record*

Application GRANTED. The settlement conference scheduled for December 10, 2024 is CANCELLED. The parties are to contact chambers by email at Moses_NYSDChambers@nysd.uscourts.gov when they are in a position to engage in settlement negotiation before the undersigned magistrate judge. SO ORDERED.

_____ 12/3/2024
Barbara Moses, U.S.M.J.

NEW YORK          NEW JERSEY          CONNECTICUT          CALIFORNIA

10552501