UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GARY GRIFFIN,                            :        21cv8247(DLC)
                                         :
                            Plaintiff,   :        ORDER
              -v-                        :
                                         :
THE CITY OF NEW YORK, et al.,            :
                                         :
                            Defendants.  :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

This action was filed on October 6, 2021.  On April 15, 2024, the action was re-assigned to this Court.  A scheduling Order of May 17 required discovery to be completed by September 13 and a motion for summary judgment or Joint Pretrial Order to be filed by October 18.  An Order of August 23 allowed the parties to extend discovery on consent and extended the deadline for a motion for summary judgment or Joint Pretrial Order to December 20.  The parties were advised that no further extension of this deadline would be granted.

In a letter of December 4, the Court was informed that counsel for the City of New York is out of the office due to family emergencies.  The parties represent that depositions of the defendants remain outstanding.  Accordingly, it is hereby

ORDERED that Federal Special Litigation Division Chief Qiana Smith-Williams and an attorney assigned to represent the City in this action from today through to its conclusion shall

appear at a conference on **December 10, 2024 at 3:00 P.M.** in

Courtroom 18B at the United States Courthouse, 500 Pearl Street,

New York, New York, 10007.  Chief Smith-Williams shall be

prepared to address the failure of the Office of Corporation

Counsel to provide defendants with representation and to abide

by the schedule in this case.

IT IS FURTHER ORDERED that a new schedule for the

completion of this litigation shall be set at the December 10

conference.


Dated:      New York, New York
            December 5, 2024

                                        _____
                                              DENISE COTE
                                        United States District Judge