```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GARY GRIFFIN,                            :   21cv8247(DLC)
                                         :
                      Plaintiff,         :   ORDER
            -v-                          :
                                         :
THE CITY OF NEW YORK, et al.,            :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 4, the plaintiff wrote to the Court "on behalf of the parties" to request additional time for the filing of a summary judgment motion since depositions of the defendants remain outstanding. The letter attributed the delay in discovery to the unavailability of counsel for the City. It reads in part: "Counsel for defendant City certainly regrets additional delays in this case, and apologizes to Court and counsel but, in light of the circumstances, requires additional time to obtain authority and engage in necessary discovery and potential motion practice." An Order of December 5 scheduled a conference for December 10. On December 6, counsel for the City wrote to explain that her circumstances did not impede the completion of discovery and that the City remained committed to filing a motion for summary judgment on the date previously scheduled for that motion: December 20, 2024. Accordingly, it is hereby

ORDERED that the conference of December 10 shall proceed as scheduled unless the parties represent on December 9 that a motion for summary judgment, or in its absence a Pretrial Order, shall be filed by December 20, 2024.

IT IS FURTHER ORDERED that the request to excuse the presence of Chief Smith-Williams from the December 10 conference, to the extent the conference remains necessary, is denied.

Dated:   New York, New York
         December 6, 2024

_____
DENISE COTE
United States District Judge