UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

GARY GRIFFIN,

                Plaintiff,

    -against-                  21-CV-8247 (DLC)

                                        ORDER

THE CITY OF NEW YORK, et al.,

                Defendants.

---------------------------------------

DENISE COTE, United States District Judge:

    On December 9, 2024, the plaintiff submitted a letter regarding this case to the Court via email.  All submissions to the Court must be docketed.  Accordingly, it is hereby

    ORDERED that the plaintiff shall file the letter on ECF.  The plaintiff may contact the ECF Help Desk at 212-805-0800 if he is in need of assistance.

Dated: December 9, 2024
      New York, New York

                                                     DENISE COTE
                                United States District Judge