**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GARY GRIFFIN,

                Plaintiff,

   -against-                                              21 **CIVIL** 8247 (DLC)

                                                               **JUDGMENT**

THE CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 22, 2025, the Jacobi Defendants' February 7 motion for summary judgment is granted. The City Defendants' February 7 motion for summary judgment is granted. Griffin's claims against unnamed defendants are also dismissed; accordingly, the case is closed.

**Dated:** New York, New York

       August 25, 2025

                                                                 **TAMMI M. HELLWIG**
                                                                   **Clerk of Court**

                      **BY:**                  K. Mango

                                                                 **Deputy Clerk**