```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
GARY GRIFFIN,                            :
                                         :
                     Plaintiff,          :    21cv8247 (DLC)
                                         :
          -v-                            :    ORDER
                                         :
THE CITY OF NEW YORK, et al.,            :
                                         :
                     Defendants.         :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of August 22, 2025 granted the defendants' motions for summary judgment. Judgment for the defendants was entered on August 25. On October 1, plaintiff Gary Griffin submitted three pro se filings. Those filings consist of (1) an untimely notice of appeal; (2) a motion for an extension of time to file his notice of appeal that, if granted, would cure the untimeliness of his notice of appeal; and (3) a motion for leave to proceed in forma pauperis on appeal. Griffin's motion for an extension of time to file his notice of appeal is not an ex parte motion. See Fed. R. App. P. 4(a)(5)(B). Accordingly, it is hereby

ORDERED that the defendants shall file any opposition to Griffin's October 1 motion for an extension of time to file his notice of appeal by **October 7, 2025.**

IT IS FURTHER ORDERED that Griffin's October 1 motion to proceed <u>in forma pauperis</u> on appeal is granted.

Dated: New York, New York
October 2, 2025

_____
DENISE COTE
United States District Judge