UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
GARY GRIFFIN,                              :
                                           :
                         Plaintiff,        :    21cv8247 (DLC)
                                           :
              -v-                          :    ORDER
                                           :
THE CITY OF NEW YORK, et al.,              :
                                           :
                         Defendants.       :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

    An Opinion of August 22, 2025 granted the defendants' motions for summary judgment. Judgment for the defendants was entered on August 25. The deadline to file a notice of appeal was September 24. See Fed. R. App. P. 4(a)(1)(A). On October 1, plaintiff Gary Griffin, proceeding pro se, submitted an untimely notice of appeal and a motion for an extension of time to file his notice of appeal that, if granted, would cure the untimeliness of his notice of appeal. On October 7, The Jacobi Defendants[1] filed an opposition to Griffin's motion for an extension of time.

    Griffin's motion for an extension of time is not barred as untimely, having been submitted within 30 days of the September 24 deadline. See Fed. R. App. P. 4(a)(5). Having reviewed the

---

[1] The Jacobi Defendants are Jacqueline Mahal, Darnell A. Cain, Charles Ofori-Ampomah, Jermine Ricketts, and Styve Pamphile.

parties' submissions and having considered Griffin's pro se status, it is hereby

ORDERED that Griffin's October 1 motion for an extension of time to file his notice of appeal is granted.

Dated:    New York, New York
          October 8, 2025

                                        _____
                                        DENISE COTE
                                        United States District Judge